Christian Gabroy
(#8805)
Kaine Messer
(#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*
*Bayley Renovich*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BAYLEY RENOVICH, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES, LLC; AMAZON.COM, INC.; DOES I-X; and ROE CORPORATIONS, LLCs, COMPANIES, AND/OR PARTNERSHIPS XI-XX, inclusive,<br><br>Defendants. | Case No. 2:22-CV-01664-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(First Request)** |

## STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

The parties, by and through their respective attorneys of record, hereby stipulate to a ten (10) day extension through October 30, 2022, for Plaintiff Bayley Renovich ("Plaintiff") to file a Response to Defendants Amazon.com Services LLC and Amazon.com, Inc.'s ("Defendants") Motion to Dismiss.  ECF No. 7.  Per LR IA 6-1 Defendants filed their Motion on October 6, 2022.  This is the first request to extend time for Plaintiff to respond to Defendants' Motion to Dismiss.

Plaintiff's response is currently due on October 20, 2022.  Plaintiff has requested the extension and Defendants have agreed to the request.

Good cause exists for such extension.  Plaintiff's counsel is currently adjusting to personnel changes, have prior scheduled commitments and require the extension to

1    conduct due diligence.

2    Accordingly, the parties agree that Plaintiff has up to and including October 30,

3    2022 to respond to Defendants' Motion to Dismiss.

4    This request is not sought for any improper purpose or other reason of delay. No

5    party is prejudiced by the requested extension.

6    **IT IS SO STIPULATED.**

7    Dated: October 19, 2022                           Dated: October 19, 2022

8    Respectfully submitted,                           Respectfully submitted,

*/s/ Christian Gabroy*                                  */s/ Emil S. Kim*

Christian Gabroy                                        Wendy M. Krincek
(#8805)                                                 (#6147)
Kaine Messer                                            Emil S. Kim
(#14240)                                                (#14893)
The District at Green Valley Ranch                      3960 Howard Hughes Parkway
170 South Green Valley Parkway                          Suite 300
Suite 280                                               Las Vegas, Nevada 89169
Henderson, Nevada 89012                                 Tel   (702) 862-8800
Tel   (702) 259-7777                                    wkrincek@littler.com
christian@gabroy.com                                    ekim@littler.com
kmesser@gabroy.com

                                                        *Attorneys for Defendants*
*Attorneys for Plaintiff*                               *Amazon.Com Services, LLC;*
*Bayley Renovich*                                       *Amazon. Com, Inc*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 20th day of October, 2022.

Page 2 of 2