1  WENDY M. KRINCEK
   Nevada Bar # 6147
2  EMIL S. KIM, Bar
   Nevada Bar # 14894
3  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway, Suite 300
4  Las Vegas, NV   89169
   Telephone:      702.862.8800
5  Fax No.:        702.862.8811
   Email:          wkrincek@littler.com
6                  ekim@littler.com

7  Attorney for Defendants
   AMAZON.COM SERVICES LLC;
8  AMAZON.COM, INC.

9

10                      UNITED STATES DISTRICT COURT
                             DISTRICT OF NEVADA
11

12

13  BAYLEY RENOVICH,                          Case No. 2:22-cv-01664-RFB-EJY

14                 Plaintiff,                 **STIPULATION TO EXTEND THE
                                              DEADLINE FOR DEFENDANTS'
15  v.                                        REPLY IN SUPPORT OF MOTION TO
                                              DISMISS**
16  AMAZON.COM SERVICES LLC;
    AMAZON.COM, INC.; DOES I-X; and ROE       **[FIRST REQUEST]**
17  CORPORATIONS, LLCs, COMPANIES,
    AND/OR PARTNERSHIPS XI-XX, inclusive,
18
                   Defendant.
19

20         Plaintiff BAYLEY RENOVICH ("Plaintiff") and Defendants AMAZON.COM SERVICES

21  LLC and AMAZON.COM, INC. (hereinafter collectively referred to as "Defendants"), by and through

22  their counsel of record, hereby agree and stipulate to extend the deadline for Defendants to submit

23  their reply in support of Defendants' Motion to Dismiss (ECF No. 7) by ten (10) days. Defendants'

24  reply is currently due on November 4, 2022, and the parties stipulate to extend the deadline up to and

25  including, **November 14, 2022**.

26

27  ///

28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request for an extension of time for Defendants to file their reply. The requested extension is necessary in light of Defendants' counsel's current workload. This request is made in good faith and not for the purpose of delay. The parties agree that good cause therefore exists for the extensions.

Dated: November 4, 2022
Respectfully submitted,

*/s/ Christian Gabroy*
CHRISTIAN GABROY, ESQ.
KAINE MESSER, ESQ.
GABROY MESSER

Attorneys for Plaintiff

Dated: November 4, 2022
Respectfully submitted,

*/s/ Emil S. Kim*
WENDY M. KRINCEK, ESQ.
EMIL S. KIM, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: November 4, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

4862-2905-2221.1 / 114766-1033

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2