Christian Gabroy
(#8805)
Kaine Messer
(#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Bayley Renovich*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| BAYLEY RENOVICH, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON SERVICES, LLC;<br>AMAZON.COM, INC.; DOES I-X;<br>AND/OR ROE CORPORATIONS, LLCS<br>COMPANIES, AND/OR PARTNERSHIPS<br>XI-XX inclusive,<br><br>Defendants. | Case No: 2:22-cv-01664-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY TO DEFENDANTS' OPPOSTION TO MOTION TO REMAND**<br><br>**(First Request)** |

**STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY TO DEFENDANTS' OPPOSTION TO MOTION TO REMAND**

Plaintiff Bayley Renovich ("Plaintiff") and Defendants Amazon Services, LLC and Amazon.com, Inc. ("Defendants"), by and through their undersigned counsel, hereby stipulate to extend the deadline for Plaintiff to Reply to Defendants' Opposition to Plaintiff's Motion to Remand (ECF No. 20) up to and including November 28, 2022. Plaintiff filed her Motion to Remand (ECF No. 15) on November 1, 2022 and Plaintiff's reply is currently due on November 17, 2022.

This is Plaintiff's first request to extend the deadline to file her Reply to Defendants' Opposition to Plaintiff's Motion to Remand. Plaintiff requests this extension from Defendants due to prior scheduled commitments, both personal and business, and the upcoming holiday, Defendants have agreed to Plaintiff's request.

1 | The requested extension is sought by Plaintiff in good faith and not for purposes of undue delay. No party is prejudiced by this requested extension.

Dated this 16th day of November 2022.

GABROY | MESSER

By:  /s/ Christian Gabroy
Christian Gabroy, Esq.
Kaine Messer, Esq.
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*

Dated this 16th day of November 2022.

LITTLER MENDELSON, P.C.

By:  /s/  Wendy M. Krincek
Wendy M. Krincek, Esq.
Emil S. Kim, Esq.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169
wkrincek@littler.com
ekim@littler.com
*Attorneys for Defendants*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Court

Dated: November 16, 2022.