WENDY M. KRINCEK
Nevada Bar # 6147
EMIL S. KIM
Nevada Bar # 14894
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV   89169
Telephone:     702.862.8800
Fax No.:        702.862.8811
Email:           wkrincek@littler.com
                    ekim@littler.com

Attorney for Defendants
AMAZON.COM SERVICES LLC;
AMAZON.COM, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BAYLEY RENOVICH,<br><br>   Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC;<br>AMAZON.COM, INC.; DOES I-X; and ROE CORPORATIONS, LLCs, COMPANIES, AND/OR PARTNERSHIPS XI-XX, inclusive,<br><br>   Defendant. | Case No. 2:22-cv-01664-RFB-EJY<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION TO FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY RELEVANT TO MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiff BAYLEY RENOVICH ("Plaintiff") and Defendants AMAZON.COM SERVICES LLC and AMAZON.COM, INC. (hereinafter collectively referred to as "Defendants"), by and through their counsel of record, hereby agree and stipulate to extend the deadline for Defendants to submit their reply in support of Defendants' Motion for Leave to File Supplemental Authority Relevant to Motion to Dismiss (ECF No. 25) by 14 days. Defendants' reply is currently due on January 10, 2023, and the parties stipulate to extend the deadline up to and including, **January 24, 2023**.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the first request for an extension of time for Defendants to file their reply. The requested extension is necessary in light of Defendants' counsel's current workload and the recent holidays. This request is made in good faith and not for the purpose of delay. The parties agree that good cause therefore exists for the extension.

Dated: January 4, 2023

Respectfully submitted,

*/s/ Christian Gabroy*
CHRISTIAN GABROY, ESQ.
KAINE MESSER, ESQ.
GABROY MESSER

Attorneys for Plaintiff

Dated: January 4, 2023

Respectfully submitted,

*/s/ Emil S. Kim*
WENDY M. KRINCEK, ESQ.
EMIL S. KIM, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: January 9, 2023.

RICHARD F. BOULWARE, II
United States District Court

4884-1306-3751.1 / 114766-1033

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800